Lawrence J. Gornick (SBN 136290)
Emily Charley (SBN 238542)
**LEVIN SIMES KAISER & GORNICK LLP**
One Bush Street, 14th Floor
San Francisco, California 94104
Tel: (415) 646-7160
Fax: (415) 981-1270

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACY FLYE,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>ASTRAZENECA PHARMACEUTICALS;<br>L.P.; ASTRAZENECA, L.P.,<br><br>　　　　　　Defendant. | No. C 06 0679 MHP<br><br>Before the Honorable MARILYN H. PATEL<br><br>[PROPOSED] ORDER VACATING<br>AND/OR CONTINUING CASE<br>MANAGEMENT CONFERENCE<br><br>Conference Date:　JUNE 5, 2006<br>Conference Time:　4:00 p.m.<br>Location:　Courtroom 15, 18TH Fl. |

For the reasons set forth in Plaintiff's Case Management Conference Statement, the Court hereby continues the June 5, 2006 Case Management Conference ("CMC") to September 26, 2006, at 4:00 p.m. In the event the case is not transferred to the Honorable Claudia Wilken and/or the Eastern District of New York as part of MDL No. 1596 – *In re Zyprexa Liability Litigation*, far enough in advance of the new CMC date, the parties shall file a Joint CMC Statement at least 5 court days before the CMC, pursuant to this Court's Standing Order.

**IT IS SO ORDERED**

DATED: May 23, 2006

　　　　　　　　　　　　　　　　　　　HONORABLE
　　　　　　　　　　　　　　　　　　　United States District Court Judge
　　　　　　　　　　　　　　　　　　　Judge Marilyn H. Patel

[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE

1