**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
George C. Young U.S. Courthouse
and Federal Building
Office of the Clerk
80 North Hughey Avenue
Orlando, Florida 32801
407/835-4200

Sheryl L. Loesch
Clerk

Laura Barsamian
Orlando Division Manager

August 16, 2006

Mr. Richard W. Weiking, Clerk
United States District Court
Phillip Burton United States Courthouse
450 Golden Gate Ave, 16th Floor
San Francisco, CA 94102-3434

RECEIVED
AUG 2 2 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RE: MDL-1769 – In Re: Seroquel Products Liability Litigation

Dear Mr. Weiking:

Enclosed is one certified copy of an order filed by the Panel under 28 U.S.C. § 1407. Section 1407 requires that the transferee clerk "transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred." A copy of Rule 1.6, R.P.J.P.M.L., 120 F.R.D. 251, which deals specifically with the transfer of files, is enclosed for your convenience.

Please send your original case files (see attached) and certified copies of the docket sheets to this address: **U.S. District Court, Office of the Clerk, 80 N. Hughey Ave., Suite 300, Orlando, FL, 32801.** Due to the large volume of cases on this Conditional Transfer Order, it would be very much appreciated if you could be sure to reference the Middle District of Florida's case number on each of your cases.

If you have any questions, please contact me at 407-835-4203.

Sincerely,

Mollie A. Piercones, Deputy Clerk

Enclosures
c: Michael J. Beck, Clerk, MDL Panel

| SCHEDULE C - CASE LIST FROM MDL CONDITIONAL TRANSFER ORDER -2 (8/14/06) | | |
|---|---|---|
| CASE STYLE | NDCA CASE NUMBER | MD FL CASE NUMBER |
| Balak, et al. v. AstraZeneca, et al. | 3:06-cv-654 WHA | 6:06-cv-1221-Orl-22DAB |
| Flye v. AstraZeneca, et al. | 3:06-cv-679 MHP | 6:06-cv-1222-Orl-22DAB |
| Ginyard v. AstraZeneca, et al. | 3:06-cv-1774 MHP | 6:06-cv-1223-Orl-22DAB |

**A CERTIFIED TRUE COPY**

AUG - 8 2006

ATTEST

FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL 21 2006

FILED
CLERK'S OFFICE

AUG 22 2006

C 06-0679 MHP

**DOCKET NO. 1769**

**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

**IN RE SEROQUEL PRODUCTS LIABILITY LITIGATION**

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-2)**

On July 6, 2006, the Panel transferred 92 civil actions to the United States District Court for the Middle District of Florida for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See ___ F.Supp.2d ___ (J.P.M.L. 2006). With the consent of that court, all such actions have been assigned to the Honorable Anne C. Conway.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Middle District of Florida and assigned to Judge Conway.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Middle District of Florida for the reasons stated in the order of July 6, 2006, and, with the consent of that court, assigned to the Honorable Anne C. Conway.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Middle District of Florida. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

AUG - 8 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

I certify the foregoing to be a true
and correct copy of the original.
SHERYL L. LOESCH, Clerk
United States District Court
Middle District of Florida

By: _____
Deputy Clerk

## SCHEDULE CTO-2 - TAG-ALONG ACTIONS
## DOCKET NO. 1769
## IN RE SEROQUEL PRODUCTS LIABILITY LITIGATION

**DIST. DIV. C.A.#**          **CASE CAPTION**

CALIFORNIA NORTHERN
| | | |
|---|---|---|
| CAN 3 06-654 | Larry E. Balak, et al. v. AstraZeneca Pharmaceuticals, LP, et al. | |
| ~~CAN 3 06-667~~ | ~~Debra Roberts v. AstraZeneca Pharmaceuticals, LP, et al.~~ | Opposed 8/8/06 |
| CAN 3 06-679 | Tracy Flye v. AstraZeneca Pharmaceuticals, LP, et al. | |
| ~~CAN 3 06-681~~ | ~~Doris McCorvey v. AstraZeneca Pharmaceuticals, LP, et al.~~ | Opposed 8/8/06 |
| ~~CAN 3 06-1746~~ | ~~Willa D. Stewart, et al. v. AstraZeneca Pharmaceuticals, LP, et al.~~ | CTO Vacated 7/31/06 |
| CAN 3 06-1774 | Valarie Ginyard v. AstraZeneca Pharmaceuticals, LP, et al. | |
| ~~CAN 3 06-1818~~ | ~~Janice D. Todd v. AstraZeneca Pharmaceuticals, LP, et al.~~ | CTO Vacated 7/31/06 |
| ~~CAN 3 06-1935~~ | ~~Marva Maxwell v. AstraZeneca Pharmaceuticals, LP, et al.~~ | Opposed 8/8/06 |